IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JAMES RANDALL DYKES**                                            **PLAINTIFF**

v.                  **CASE NO: 2:14CV00107 BSM**

**CORIZON, LLC, et al.**                                            **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Jerry W. Cavaneau has been received. After careful consideration, the court concludes that the partial recommended disposition should be, and hereby is, approved and adopted its entirety.

IT IS THEREFORE ORDERED THAT Dykes's motion to voluntarily dismiss his claims against Bernard Crowell [Doc. No. 25] is granted, his claims against Crowell are dismissed without prejudice, and Crowell is removed as a party defendant.

DATED this 27th day of April 2015.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE