# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

JAMES RANDALL DYKES                                               PLAINTIFF

V.                       NO: 2:14CV00107 BSM/JWC

CORIZON LLC *et al*                                            DEFENDANTS

## **ORDER**

In light of Chief United States District Judge Brian S. Miller's order dismissing Plaintiff's claims against Defendant Dennis Luter (docket entry #43), the Clerk is directed to administratively terminate Luter's motion for summary judgment (docket entry #30).

IT IS SO ORDERED this 5th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE