IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JAMES RANDALL DYKES**                                                  **PLAINTIFF**

v.                      **CASE NO: 2:14CV00107 BSM**

**CORIZON, LLC, et al.**                                                 **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 61] submitted by United States Magistrate Judge Patricia S. Harris has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects. Plaintiff James Randall Dykes's claims against defendants Sherman and John Does are dismissed without prejudice.

IT IS SO ORDERED this 16th day of December 2016.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE