IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JAMES RANDALL DYKES**                                                         **PLAINTIFF**

**v.**                     **NO. 2:14-cv-00107 PSH**

**NWANNEM UCOAMAKA OBI-OKOYE**                          **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing plaintiff James Randall Dykes' Eighth Amendment claims with prejudice, and dismissing Dykes' state law medical malpractice claims without prejudice.

DATED this 14th day of March, 2018.

                                                                          UNITED STATES MAGISTRATE JUDGE